**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kandy Allen JACKEL, Defendant–Appellant.**

**No. 06–50986**

**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

April 4, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Kandy Allen Jackel raises arguments that are foreclosed by *United States v. Slaughter*, 238 F.3d 580, 582–84 (5th Cir.2000), which held that *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), did not render 21 U.S.C. § 841 unconstitutional on its face. The Government's motion for summary af-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

firmance is GRANTED, and the judgment of the district court is AFFIRMED.